Elizabeth R. Haines, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David J. Hanson, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

In this jury-tried case, defendant was convicted of distributing a controlled substance within 1000 feet of a school in violation of § 195.214, RSMo 1994. The trial court sentenced him as a prior and persistent offender to fifteen years. Thereafter, defendant filed a Rule 29.15 motion which was denied without an evidentiary hearing. He appeals.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

N. Scott Rosenblum, Ramona L. Marten, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

### ORDER

PER CURIAM.

In this consolidated action, Defendant appeals from his conviction of second degree murder, second degree assault, and two counts of armed criminal action, and from the denial of his Rule 29.15 motion. We affirm.

We have reviewed the record and find the claims of error are without merit. An opinion reciting the detailed facts and restating the principles of law would have no jurisprudential purpose nor precedential value.

Judgment affirmed pursuant to Rules 84.16(b) and 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Aubrey L. MORGAN, Appellant.**

**Aubrey L. MORGAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 65166, 67000.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 26, 1995.

**KEBCO, INC., et al.,
Plaintiffs/Appellants,**

v.

**ELECTRI–REP, INC., et al.,
Defendants/Respondents.**

**No. 65923.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 26, 1995.

Eric James Snyder, Clayton, for appellants.

Paul W. Johnson, Edwardsville, IL, for respondents.